1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    BRANDY NICOLE COLEMAN,                    Case No. 1:24-cv-00889-KES-CDB (SS)

12                Plaintiff,                     ORDER ON STIPULATION EXTENDING
                                                DEFENDANT'S TIME TO FILE A
13          v.                                  RESPONSE TO PLAINTIFF'S MOTION FOR
                                                SUMMARY JUDGMENT
14    COMMISSIONER OF SOCIAL
      SECURITY,                                 (Doc. 17)
15
                  Defendant.
16

17          Pending before the Court is Defendant's stipulated request to extend the deadline to file a

18    response to Plaintiff's motion for summary judgment, from March 7, 2025, to March 14, 2025.

19    (Doc. 17).  For good cause shown by the parties' stipulated representations, it is HEREBY

20    ORDERED:

21          Defendant shall file a response to Plaintiff's motion for summary judgment by no later

22    than **March 14, 2025**.

23    IT IS SO ORDERED.

24       Dated:   **February 13, 2025**

25                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28