# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY NICOLE COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00889-KES-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 19) |

Pending before the Court is Defendant's second stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment, from March 14, 2025, to March 24, 2025. (Doc. 19). For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **March 24, 2025**. Plaintiff shall file any optional reply according to the provisions set forth in the scheduling order (Doc. 5 at 2).

IT IS SO ORDERED.

Dated: **March 13, 2025**

UNITED STATES MAGISTRATE JUDGE